# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRINK FIDLER and JUSTIN FOX,** | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:16-cv-2591 |
| | ) **CHIEF JUDGE CRENSHAW** |
| **THE TWENTIETH JUDICIAL DISTRICT DRUG TASK FORCE,** | ) |
| Defendant. | ) |

## ORDER

For the reasons in the accompanying Memorandum Opinion, Fox's Motion for Summary Judgment (Doc. No. 44) is **GRANTED** with respect to his compensatory damages claim, and he is **AWARDED** $17,362.56. The Cross-Motions for Summary Judgment (Doc. Nos. 40, 44, 53) are **DENIED** in all other respects. This case will proceed to the **May 21, 2018** pretrial conference and **June 5, 2018** bench trial. (Doc. No. 36.)

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE