UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRINK FIDLER and JUSTIN FOX, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:16-cv-02591 |
| | ) CHIEF JUDGE CRENSHAW |
| THE TWENTIETH JUDICIAL DISTRICT DRUG TASK FORCE, | ) |
| Defendant. | ) |

## ORDER

For the reasons in the accompanying Findings of Fact and Conclusions of Law, the Court **ORDERS** that:

(1) Judgment shall enter in favor of the Twentieth Judicial Drug Task Force against Brink Fidler;

(2) Judgment shall enter in favor of Justin Fox and against the Twentieth Judicial Drug Task Force for liquidated damages in the amount of $17,362.56. When combined with the Court's previous Memorandum Opinion and Order on compensatory damages (Doc. No. 65 and 66), the total amount of the judgment in favor of Fox is $34,725.12.

(3) The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE